IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
AUG 11 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

```
TRUSTEES OF THE PLUMBERS AND    )
PIPEFITTERS NATIONAL PENSION    )
FUND, et al.,                   )
            Plaintiffs,         )
                                )
v.                              )   Civil Action No. 1:10CV1295
                                )
C & C SHEET METAL AND           )
MECHANICAL, INC.,               )
            Defendant.          )
                                )
```

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated April 20, 2011. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that a default judgment be entered against, Defendant, that Defendant pay a judgment to Plaintiffs in the total amount of $4,358.49: (1) $2,258.52, the sum of unpaid contributions from July 2010 through September 2010; (2) $230.97 in liquidated damages; (3) $152.61 in interest accrued at a rate of 12% per annum from the date due through the date of payment or April 8, 2011 and (4) $ 1,100.00 in attorney's fees and $616.29 in costs.

                                                                                                    /s/
                                                                                         Claude M. Hilton
                                                                                  United States District Judge

Alexandria, Virginia
August  11 , 2011